**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, <u>Thomas Paul Armstrong</u>, duly appointed as counsel pro bono to

represent <u>Robert I. Sawyer</u> in the matter of

<u>Robert Sawyer</u> v. <u>C.O. Locy et. al.</u>

Civil Action No. <u>9:19</u>-CV-<u>879</u>, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ <u>$ 1,748.28</u>.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: <u>April 27, 2022</u>.

Counsel Pro Bono (Signature): _____

The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: <u>4/28/2022</u>.

Presiding Judge (Signature): _____

**IT IS SO ORDERED.**

Dated: <u>May 2, 2022</u>.

_____
Chief U.S. District Judge



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

### Pro Bono Authorization Request

| | |
|---|---|
| **Attorney(s) Name:** | Thomas P. Armstrong |
| **Case Number/Party Represented:** | Robert I. Sawyer, 9:19-CV-0879. |

☑ **Authorization Request for expenses in excess of $500.00**
**Explanation:**

Specifically required to have a court reporter provide remote deposition services in a State Correctional Facility and expedited transcript of the non-party witness for Trial. Without the witness's testimony, Plaintiff would have been prejudiced.

☐ **Authorization Request for voucher in excess of $2,000.00**
**Explanation:**

_____

_____

_____

☐ **Travel Authorization Request**
Provide justification for travel and a list of estimated travel expenses:

_____

_____

_____

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _____

Dated: ___4/28/2022_____

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Thomas P. Armstrong

**Law Firm Name:** Goldberg Segalla, LLP

**Mailing Address of Law Firm:** 8 Southwoods Blvd, Ste. 300

**City/State/Zip:** Albany, New York 12211

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:19-CV-0879

**Party Represented:** Robert I. Sawyer

**Dates of Service:** From: 4/15/2021   To: 3/23/2022

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

$ 1,748.28

Finance Audit _MC_   Date: 4/27/2022

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** _[signature]_   Date: 04/27/2022

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

2

# Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval.  Please see guidelines for further details.

Attorney(s): Thomas P. Armstrong

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|------|-------------|---------------|---------------------|
| 9/27/21 | Court Reporting/Remote Deposition in State DOC | Non-Party Witness Testimony for Trial | $ 1,603.28 |
| 9/25/21 | Service of Process of Subpoena on NY DOC. | Service of Process | $ 145.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: | $ 1,748.28 |

4

**Albany Investigation & Process Services, LLC**
40 Colvin Avenue
Suite 203
Albany, NY 12206
Phone: 518-438-8987



**Goldberg Segalla**

# Invoice 24706

| Date | Sep 25, 2021 |
|---|---|
| Terms | Net 30 |
| Service Thru | Sep 25, 2021 |

In Reference To: Sawyer v. CO Lecy (Labor)

| Date | Services | Hours | Rates | Amount |
|---|---|---|---|---|
| 09/15/2021 | Process Service: For service of Subpoena To Produce Documents, Notice of Service of Subpoena For Testimony upon:<br><br>DAVID PAULSEN, ESQ.<br>Jefferson County Atty Ofc. | Flat Fee | $ 145.00 | $ 145.00 |

| | | |
|---|---|---|
| | **Total Labor** | $ 145.00 |
| | **Total Invoice Amount** | $ 145.00 |

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRCIT COURT
NORTHERN DISTRICT OF NEW YORK

For: Alb Investigations

ROBERT I SAWYER, 21-B-1397
Civil Action No 9:19-CV-879
(MAD/ATB)
Filed:

    Plaintiff,

-vs-

C.O. LOCY

    Defendant.

STATE OF NEW YORK, COUNTY OF JEFFERSON SS: The undersigned, being duly sworn, deposes and says, deponent is not a party herein, is over 18 years of age and resides in NYS. That on   9-15-21      at  Jefferson Co Attorneys Office- 175 Arsenal St 4th Floor Watertown NY 13601      at   3:15pm      Deponent did serve the within  Letter dated 9-15-21 from Goldberg Segalla LLP (File 14033.0001), Defendant's Notice of Service of Subpoena For Testimony and Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection of Premises In a Civil Action      on      DAVID PAULSEN ESQUIRE therein named.

**Individual**
1. ☐
By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**Corporation**
2. ☐
By delivering thereat a true copy of each to          personally, deponent knew so served to be authorized to accept service

**Suitable age person**
3. ☒
By delivering thereat a true copy of each to  CLERK- BRIAN STEVENS a person of suitable age and discretion. Said premises is —actual place of business ——within the state.

**Affixing to door, ETC.**
4. ☐
By affixing a true copy of each to the door of the premises, by  thumbtacking, which is defendant's —dwelling place—usual place of abode—within the state.(Address confirmed by-) Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**Index #**
5. ☐
Index No  and date of filing was endorsed thereon.

**Mailing**
6. ☒
On  9-16-21  deponent enclosed a copy of the same in a postpaid ,sealed  envelope, first class mail, properly addressed to defendant and mailed to the defendant at the defendant's last known  address at  CO ATTY OFFICE 175 ARSENAL ST WATERTOWN NY 13601 c/o D POULSEN ESQ      and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. (If certified,  #

**Description**
7. ☒
A description of the defendant or the person served, or person spoken to, on behalf of the defendant is as follows:

| Sex | Male | Hair Color | Wht | Approx. Weight | 200 | Other Features | |
|---|---|---|---|---|---|---|---|
| Skin Color | wht | Approx. Height | 5'8 | Approx. Age | 68 | | |

**Other Information:**

**Subpoena Fee**
8. ☐
At the time of said service, deponent paid (tendered) in advance      the authorized traveling expense and one day's witness fee.

**Military Service**
9. ☒
I asked the person spoken to,      whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a  negative  reply.  The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the state or in the Federal statutes.

Sworn to before me on 19 day of  SEPT 2021

_____
Notary Public-Ellen C MacFarland
01MA4618903  My Commission Expires 8-31-25  Jefferson County, New York State

BY _____

R.C.M. SERVICES – THOMAS CAMPBELL
E-Mail rcmservices@vpip.net
Ellen Cummings MacFarland- Owner
10415 Bayshore Drive
Adams New York 13605
Cell 315 778 3311

Albany Investigation & Process
Services, LLC
40 Colvin Aveune Suite 203
Albany, NY 12206

Michele
Wicks

Received
SEP 30 2021
Albany

ALBANY NY 120
25        PM 3

02 1P
0000763937   SEP 25 2021
MAILED FROM ZIP CODE 12206
UNITED STATES POSTAGE
PITNEY BOWES
$000.53⁰

1221 1-2364499

Goldbrg Segalla, LLP
8 Southwoods Blud. (#300)
Albany, NY  12211- 2364

**GOLDBERG SEGALLA LLP**

168819

|  | | CHECK | | |
|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

| | | | | | |
|---|---|---|---|---|---|
| | 1603.00 - Albany Investigation & Process Svcs LLC | | | | |
| 09/25/2021 | 14033.0001 - Process Server Fee for services on David Paulsen,24706 | 9/ | $145.00 7303 | | $145.00 |

| CHECK DATE | CONTROL NUMBER | | | | | |
|---|---|---|---|---|---|---|
| 11/15/2021 | 168819 | **TOTALS** ▶ | | | | $145.00 |

---

168819

**GOLDBERG SEGALLA LLP**

ATTORNEYS AT LAW
665 Main Street
Buffalo, New York 14203
(716) 566-5400

**KeyBank** 🔑

50-7044/2223

| DATE | CHECK | AMOUNT |
|---|---|---|
| 11/15/21 | 168819 | ***145.00*** |

PAY   One hundred forty-five and 00/100*******************************************************

TO THE
ORDER
OF

Albany Investigation & Process Svcs LLC
40 Colvin Ave, Suite 203
Albany, NY  12206

_Larry J. Klein_
AUTHORIZED SIGNATURE

---

**GOLDBERG SEGALLA LLP**

Payee:   Albany Investigation & Process Svcs LLC

168819

| Vendor: | 1603.00 | | | | Check Date: | 11/15/21 |
|---|---|---|---|---|---|---|

| Invoice Num | Invoice Date | G/L Account Client/Matter | Account Description Cost | Office | Offset Amt | Payment Amt |
|---|---|---|---|---|---|---|
| 24706 | 09/25/2021 | 14033.0001 | PRO   Processor Fee | 140 | $145.00 | $145.00 |
| | | Invoice Totals: | | | | $145.00 |

PRODUCT DLM252   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop



**Invoice  INV2020904**

| | |
|---|---|
| Date | 9/28/2021 |
| Terms | Net 30 |
| Due Date | 10/28/2021 |

| | |
|---|---|
| Client Number | C03460 |
| Esquire Office | New York City |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

1500 Centre Pkwy
Suite 100
Atlanta GA 30344
888-488-4044
www.esquiresolutions.com
Tax ID # 45-3483120

**Bill To**
Goldberg Segalla
8 Southwoods Boulevard
Suite 300
Albany NY 12211

**Services Provided For**
Goldberg Segalla - Albany
Armstrong, Thomas P
8 Southwoods Boulevard
Suite 300
Albany NY 12211

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/27/2021 | J7452676 | New York, NEW YORK | ROBERT SAWYER V. C.O. LOCY |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Jason Clacks | 1 | 150.00 | | 150.00 |
| TRANSCRIPT - O&1-VC-WI | Jason Clacks | 112 | 6.35 | | 711.20 |
| NEXT DAY EXPEDITE | Jason Clacks | | | | 640.08 |
| E-EXHIBITS B&W ORIG | Jason Clacks | 42 | 0.60 | | 25.20 |
| CONDENSED TRANSCRIPT | Jason Clacks | 1 | 25.00 | | 25.00 |
| PROCESSING & COMPLIANCE | Jason Clacks | 1 | 50.00 | | 50.00 |
| REMOTE VIDEO CONFERENCING - COMPLIMENTARY | Jason Clacks | 1 | 0.00 | | 0.00 |
| E- EXHIBITS COLOR ORIG | Jason Clacks | 3 | 0.60 | | 1.80 |

*Representing Client: Goldberg Segalla - Buffalo : Goldberg Segalla - Albany*

| | |
|---|---|
| Subtotal | 1,603.28 |
| Shipping Cost (n/a) | 0.00 |
| Total | 1,603.28 |
| Amount Due | $1,603.28 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Goldberg Segalla - Albany |
| Client # | C03460 |
| Invoice # | INV2020904 |
| Invoice Date | 9/28/2021 |
| Due Date | 10/28/2021 |
| Amount Due | $ 1,603.28 |

**GOLDBERG SEGALLA LLP**

168855

|  |  |  | CHECK |  |  |
|---|---|---|---|---|---|
| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |

2173.06 - Esquire Deposition Solutions, LLC

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 09/27/2021 | 15907.0013 - Deposition Transcript of Hearing taken on 9/21/21 | INV2019460 | $80.00 | | $80.00 |
| 09/27/2021 | 13178.0010 - Deposition Transcript of Robert Thomas taken | INV2019495 | $135.00 | | $135.00 |
| 09/27/2021 | 9003.0002 - Deposition Transcript of Trooper Thomas M. Yates | INV2020187 | $370.70 | | $370.70 |
| 09/27/2021 | 15907.0013 - Deposition Transcript of Hearing taken on 9/22/21 | INV2020506 | $451.20 | | $451.20 |
| 09/28/2021 | 14033.0001 - Deposition Transcript of Jason Clacks taken on 9/2 | INV2020904 | $1,603.28 | | $1,603.28 |
| 09/28/2021 | 20460.0188 - Deposition Transcript of Marvin Miller taken on 9/1 | INV2021073 | $347.00 | | $347.00 |
| 09/30/2021 | 8270.0012 - Deposition Transcript of Matthew Hatchette taken or | INV1961567 | $664.20 7/12/21) - CR-482 | | $664.20 |
| 09/30/2021 | 2690.0056 - Deposition Transcript of Alexandre Veloso taken on | INV1971081 | $760.40 2/21) - CR-4806 | | $760.40 |
| 09/30/2021 | 13058.0058 - Cancellation fee for Video Conferencing for Lisha F | INV1976897 | $150.00 oice dated 7/30/21 | | $150.00 |
| 09/30/2021 | 15899.0115 - Deposition Transcript of Jessica Tolentino taken on | INV1977537 | $542.40 7/30/21) - CR-482 | | $542.40 |
| 09/30/2021 | 14004.0041 - Cancelled Video Conference of Dr. Hendler on 9/28 | INV2022831 | $185.00 | | $185.00 |
| 09/30/2021 | 13178.0010 - Deposition Transcript of Robert Thomas taken on 9 | INV2023170 | $604.40 | | $604.40 |
| 09/30/2021 | 20014.0633 - Deposition Transcript of Hratch Nerkizian taken on | INV2023347 | $402.50 | | $402.50 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | | | |
|---|---|---|---|---|---|
| 11/15/2021 | 168855 | | | | $6,296.08 |

---

168855

**GOLDBERG SEGALLA LLP**

ATTORNEYS AT LAW
665 Main Street
Buffalo, New York 14203
(716) 566-5400

**KeyBank** 🔑

50-7044/2223

| DATE | CHECK | AMOUNT |
|---|---|---|
| 11/15/21 | 168855 | ***6,296.08*** |

PAY

TO THE
ORDER
OF

Six thousand two hundred ninety-six and 08/100*************************************************

Esquire Deposition Solutions, LLC
PO Box 846099
Dallas, TX  75284-6099

AUTHORIZED SIGNATURE

Security features. Details on back.

---

**GOLDBERG SEGALLA LLP**

Payee:   Esquire Deposition Solutions, LLC

168855

Vendor:   2173.06

Check Date:   11/15/21

| Invoice Num | Invoice Date | G/L Account Client/Matter | Account Description Cost | Office | Offset Amt | Payment Amt |
|---|---|---|---|---|---|---|
| INV1976897 | 09/30/2021 | 13058.0058 | OPF   Outside Professional Fee | 295 | $150.00 | $150.00 |
| INV1971081 | 09/30/2021 | 2690.0056 | TRAN   Transcription Fees | 220 | $760.40 | $760.40 |
| INV2020506 | 09/27/2021 | 15907.0013 | TRAN   Transcription Fees | 295 | $451.20 | $451.20 |
| INV1961567 | 09/30/2021 | 8270.0012 | TRAN   Transcription Fees | 315 | $664.20 | $664.20 |
| INV2019460 | 09/27/2021 | 15907.0013 | TRAN   Transcription Fees | 295 | $80.00 | $80.00 |
| INV1977537 | 09/30/2021 | 15899.0115 | TRAN   Transcription Fees | 235 | $542.40 | $542.40 |
| INV2020904 | 09/28/2021 | 14033.0001 | TRAN   Transcription Fees | 140 | $1,603.28 | $1,603.28 |
| INV2021073 | 09/28/2021 | 20460.0188 | TRAN   Transcription Fees | 240 | $347.00 | $347.00 |
| INV2023170 | 09/30/2021 | 13178.0010 | TRAN   Transcription Fees | 295 | $604.40 | $604.40 |
| INV2023347 | 09/30/2021 | 20014.0633 | TRAN   Transcription Fees | 260 | $402.50 | $402.50 |
| INV2020187 | 09/27/2021 | 9003.0002 | TRAN   Transcription Fees | 240 | $370.70 | $370.70 |
| INV2022831 | 09/30/2021 | 14004.0041 | OPF   Outside Professional Fee | 210 | $185.00 | $185.00 |
| INV2019495 | 09/27/2021 | 13178.0010 | TRAN   Transcription Fees | 295 | $135.00 | $135.00 |

PRODUCT DLM252        USE WITH 91500 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop